# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



TAG/ICIB SERVICE, INC.
as agent for CROWLEY AMERICAN
TRANSPORT, INC.

    VS.

CARIBBEAN FREIGHT & STORAGE, INC.

CIVIL NO. 98-1742 (JAF)

RECEIVED & FILED
00 MAR 16 PM 3:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

**DATE FILED:** 10/29/99   **DOCKET #:** 9   **TITLE:** MOTION by TAG/ICIB Services |for Carlos C. Santiago to Withdraw as Attorney|

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

_3/14/2000_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE